IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MIGUEL QUILES-LOPEZ<br>Defendant | CRIMINAL 11-0133CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 18, 2011 (**docket entry 23**) on a Rule 11 proceeding of defendant Miguel Quiles-López held before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 17, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Quiles-López is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 17, 2011. The **sentencing hearing is set for January 31, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 31, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge